JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALAZAR, et al. | Case No. CV 21-6030 PA (PVCx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| RAFAELA T. KING, CITY OF COMPTON, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's November 28, 2022 Minute Order granting the Motion for Approval of FLSA Settlement, and pursuant to the settlement agreement between plaintiffs Daniel Salazar, et al. and defendant City of Compton (the "City" or "Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice pursuant to the terms of the settlement agreement between the parties.

DATED: November 28, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE